IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

ROSE LETICIA CUEVAS

      Plaintiff,

                                                            CIVIL NO. 1:18-cv-2367

vs.

DYNAMIC RECOVERY SOLUTIONS, LLC

      Defendant.

## NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF COMPLAINT

Plaintiff Rose Leticia Cuevas hereby voluntarily dismisses the Complaint [Document 1] in this action, said dismissal being without prejudice.

Respectfully submitted this ____ day of _____, 2018

                                                            SKINNER LAW FIRM

                                                            By:/s/ Stephen G. Skinner
                                                            Stephen G. Skinner, Esquire
                                                            Attorney for Plaintiff
                                                            P.O. Box 487
                                                           Charles Town, WV 25414
                                                           *Counsel for Plaintiff*